AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | | |
|---|---|---|
| Tanya Gersh | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV-17-50-M-DLC-KLD |
| Andrew Anglin | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __08/08/2019__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __09/22/2020__

Tyler P. Gilman
*CLERK OF COURT*

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TANYA GERSH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW ANGLIN,<br><br>　　　　　Defendant. | Case No. CV-17-050-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED Defendant Andrew Anglin shall permanently remove from his website the blog posts encouraging his readers to contact Plaintiff Tanya Gersh and Gersh's family, including all photographs and images of the family and comment boards associated therewith; judgment is entered against Defendant Anglin and in favor of Plaintiff Gersh for compensatory damages in the amount of $4,042,438 and for punitive damages in the amount of $10,000,000.

　　Dated this 8th day of August, 2019.

　　　　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　　　　By: /s/ A. Puhrmann
　　　　　　　　　　　　　　　　　　　A. Puhrmann, Deputy Clerk

UNITED STATES OF AMERICA　} ss
DISTRICT OF MONTANA

I, Tyler P. Gilman, Clerk of the United States District Court for the District of Montana, hereby certify that the above and forgoing is a true copy of the original now on file in my office.

Dated this ___22___ day of ___September___ 20_20_

TYLER P. GILMAN, Clerk

By _____
　　Deputy